UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Tiffany S Sterling

    Debtor(s)

Case No. 14 B 03348

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/03/2014.

2) The plan was confirmed on 05/15/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/15/2014, 08/26/2014.

5) The case was Converted on 09/05/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,800.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,800.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,671.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $128.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,800.00

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 5/3 Bank | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Services Inc | Unsecured | 398.00 | 1,107.37 | 1,107.37 | 0.00 | 0.00 |
| ADT Security Services Inc | Unsecured | 0.00 | 239.25 | 239.25 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 451.94 | 451.94 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 452.00 | 117.62 | 117.62 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Apollo Group, Inc. | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| Associated St. James Radiologists | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Barry Gordon & Associates | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| BSI Financial Services | Secured | 128,244.00 | 123,667.50 | 123,667.50 | 0.00 | 0.00 |
| BSI Financial Services | Secured | 14,650.18 | 14,650.18 | 14,650.18 | 0.00 | 0.00 |
| Cerastes | Unsecured | 1,712.00 | 1,466.16 | 1,466.16 | 0.00 | 0.00 |
| Chasecard | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Chicago Health Clubs | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| City Colleges of Chicago | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 980.00 | 923.60 | 923.60 | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Clearwire | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 8,245.00 | 8,228.06 | 8,228.06 | 0.00 | 0.00 |
| Credit Now | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Crown Lending | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Devry Inc | Unsecured | 1,545.00 | 1,545.00 | 1,545.00 | 0.00 | 0.00 |
| Fast Cash | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| FCNB Master Trust | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| Homewood Community Academy | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Homewood Flossmoor Dental Care | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Bell Telephone Company | Unsecured | 0.00 | 2,108.37 | 2,108.37 | 0.00 | 0.00 |
| Illinois Department of Human Services | Unsecured | 501.00 | 500.82 | 500.82 | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,866.00 | 4,359.12 | 4,359.12 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 12,671.00 | 12,746.82 | 12,746.82 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 2,000.00 | 1,627.50 | 1,627.50 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,001.00 | 396.34 | 396.34 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 604.83 | 604.83 | 0.00 | 0.00 |
| JP Morgan | Unsecured | 892.00 | NA | NA | 0.00 | 0.00 |
| K&S Music | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Merrilly Lynch Direct | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Michael Reese Hospital | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| Midwest Bank | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Acceptance Corp | Unsecured | 1,000.00 | 1,599.00 | 1,599.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,854.00 | 2,945.00 | 2,945.00 | 0.00 | 0.00 |
| Northway Financial Corporation, Ltd | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Northwest Premium Services, Inc. | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Orkin Pest Control | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Park Dental Group | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Park Plaza Dodge Subprime | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,399.00 | 391.28 | 391.28 | 0.00 | 0.00 |
| PLS Loan Stores | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| Prairie State | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| Providian National Bank | Unsecured | 1,850.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions | Unsecured | 17,450.77 | 10,687.88 | 10,687.88 | 0.00 | 0.00 |
| Robert Morris College | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Six Flags Great America | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Skylight Financial | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday.com | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| South Suburban Hospital -Advocate | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| Southwest Bell | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 2,325.00 | NA | NA | 0.00 | 0.00 |
| St. James Hospital & Health Center | Unsecured | 2,241.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physicians | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| TD/Target | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| Thorncreek Townhomes | Unsecured | 2,392.00 | 2,392.00 | 2,392.00 | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 8,296.00 | 8,768.79 | 8,768.79 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 29,664.00 | 30,166.72 | 30,166.72 | 0.00 | 0.00 |
| US Cellular | Unsecured | 1,282.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Western International | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Zone Fitness | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $123,667.50 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,650.18 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$138,317.68** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$93,883.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,800.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,800.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/21/2014    By: /s/ Marilyn O. Marshall
                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**